USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,                :           **ORDER**
:
    - v -                                                      :           08 Cr. 1330 (VEC)
:           14 Cv. 3598 (VEC)
JOHN WHYTE,                                         :
                Defendant.         :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       IT IS HEREBY ORDERED that all previously sealed documents relating to the above-referenced cases be unsealed and docketed, except: (1) the Presentence Investigation Report, which is attached as Exhibit H to Petitioner's Coram Nobis Petition To Vacate Conviction, and (2) the Government's April 9, 2013 Sentencing Submission, which should remain sealed until further order by this Court.

SO ORDERED:

Dated:  New York, New York
          August 10, 2015

                                                 _____
                                                 THE HONORABLE VALERIE E. CAPRONI
                                                 UNITED STATES DISTRICT JUDGE
                                                 SOUTHERN DISTRICT OF NEW YORK